IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| AMERICAN STEWARDS OF LIBERTY, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) Civil No. 1:15-cv-01174-LY |
| v. | ) ) ) |
| DEPARTMENT OF INTERIOR, *et al.*, | ) ) |
| Defendants, | ) ) ) ) ) |

### [PROPOSED] ORDER GRANTING CONSERVATION GROUPS' MOTION TO INTERVENE AS DEFENDANTS

This matter is currently before this Court on the motion of the Center for Biological Diversity ("Center"), Travis Audubon, and Defenders of Wildlife to intervene as defendants in case number 1:15-cv-1174-LY. The Center, Travis Audubon, and Defenders of Wildlife seek intervention as a matter of right, Fed. R. Civ. P. 24(a)(2), or alternatively, permissive intervention, Fed. R. Civ. P. 24(b)(1)(B).

I find the Center, Travis Audubon, and Defenders of Wildlife have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and their Motion to Intervene is hereby GRANTED. The clerk shall enter their Answers attached to their Motion to Intervene.

Dated: _____, 2016         BY THE COURT:


                                        _____
                                        U.S. District Judge Lee Yeakel

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMERICAN STEWARDS OF LIBERTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendants, | Civil No. 1:15-cv-01174-LY |

**[PROPOSED] ORDER GRANTING CONSERVATION GROUPS'
MOTION TO INTERVENE AS DEFENDANTS**

This matter is currently before this Court on the motion of the Center for Biological Diversity ("Center"), Travis Audubon, and Defenders of Wildlife to intervene as defendants in case number 1:15-cv-1174-LY. The Center, Travis Audubon, and Defenders of Wildlife seek intervention as a matter of right, Fed. R. Civ. P. 24(a)(2), or alternatively, permissive intervention, Fed. R. Civ. P. 24(b)(1)(B).

I find the Center, Travis Audubon, and Defenders of Wildlife have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and their Motion to Intervene is hereby GRANTED. The clerk shall enter their Answers attached to their Motion to Intervene.

Dated: _____, 2016      BY THE COURT:

_____
U.S. District Judge Lee Yeakel

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMERICAN STEWARDS OF LIBERTY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendants, | Civil No. 1:15-cv-01174-LY |

**[PROPOSED] ORDER GRANTING CONSERVATION GROUPS'
MOTION TO INTERVENE AS DEFENDANTS**

This matter is currently before this Court on the motion of the Center for Biological Diversity ("Center"), Travis Audubon, and Defenders of Wildlife to intervene as defendants in case number 1:15-cv-1174-LY. The Center, Travis Audubon, and Defenders of Wildlife seek intervention as a matter of right, Fed. R. Civ. P. 24(a)(2), or alternatively, permissive intervention, Fed. R. Civ. P. 24(b)(1)(B).

I find the Center, Travis Audubon, and Defenders of Wildlife have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and their Motion to Intervene is hereby GRANTED. The clerk shall enter their Answers attached to their Motion to Intervene.

Dated: _____, 2016        BY THE COURT:


                                        _____
                                        U.S. District Judge Lee Yeakel