# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**American Stewards of Liberty, et al**

-vs-

**Department of the Interior**

Case No.: **1:15-cv-1174-LY**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

  Comes now **Jason C. Rylander**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Defenders of Wildlife et al** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Defenders of Wildlife**,

with offices at

  Mailing address: **1130 17th Street, NW**

  City, State, Zip Code: **Washington, DC 20036**

  Telephone: **202-772-3245**

  Facsimile: **202-682-1331**

2. Since **2000 and 2001**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Virginia and D.C.**. Applicant's bar license number is **45827 and 474995**.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:

   **Please see attached list**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   **Not applicable**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   **Not applicable**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   **Not applicable**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | **Jeff Mundy (TX Bar 14665575)** |
    | Mailing address: | **4131 Spicewood Springs Road, Suite O-3** |
    | City, State, Zip Code: | **Austin, TX 78759** |
    | Telephone: | **512-334-4300** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Jason C. Rylander** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Jason C. Rylander
[printed name of Applicant]

*/s/ Jason C. Rylander*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __21st__ day of __November__, __2016__.

Jason C. Rylander
[printed name of Applicant]

*/s/ Jason C. Rylander*
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN STEWARDS OF LIBERTY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 1:15-cv-01174-LY |
| v. | ) ) | **Declaration of Jason C. Rylander in Support of Motion for** |
| DEPARTMENT OF INTERIOR, *et al.*, | ) ) | **Admission Pro Hac Vice** |
| Defendants, | ) ) ) | |
| _____ | ) | |

I, Jason C. Rylander, do hereby affirm that I was admitted to practice in the following courts:

COURT: United States Supreme Court on March 23, 2004

COURT: U.S. Court of Appeals for the D.C. Circuit on August 15, 2005

COURT: U.S. Court of Appeals for the Federal Circuit on August 4, 2003

COURT: U.S. Court of Appeals for the Second Circuit on September 26, 2007

COURT: U.S. Court of Appeals for the Fourth Circuit on October 30, 2000

COURT: U.S. Court of Appeals for the Ninth Circuit on January 31, 2006

COURT: U.S. Court of Appeals for the Eleventh Circuit on January 30, 2006

COURT: U.S. Court for the District of Columbia on August 1, 2005

COURT: U.S. Court for the District of Colorado on June 22, 2009

COURT: U.S. Court for the Eastern District of Virginia on October 30, 2000

COURT: Virginia Supreme Court on October 30, 2000

COURT: District of Columbia Supreme Court on November 2, 2001

I am presently in good standing and eligible to practice in all of the above courts. I am not currently suspended or disbarred in any other court.

DATE: November 21, 2016

Respectfully submitted,

_____
Jason C. Rylander (*Pro Hac Vice* Applicant)
VA Bar 45827; DC Bar 474995
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
jrylander@defenders.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

American Stewards of Liberty, et al

-vs-

Case No. 1:15-cv-01174-LY

Department of the Interior, et al

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Jason C. Rylander** ("Applicant"), counsel for **Defenders of Wildlife et al** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Defenders of Wildlife et al** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE