IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN STEWARDS OF LIBERTY, ET AL., | § § § | |
| *PLAINTIFFS*, | § § | |
| AND | § § | |
| JOHN YEARWOOD; AND WILLIAMSON COUNTY, TEXAS, | § § § | |
| *INTERVENOR-PLAINTIFFS*, | § § § | |
| V. | § § | CIVIL ACTION NO. 15-CV-1174-LY |
| UNITED STATES FISH & WILDLIFE SERVICE, ET AL., | § § § § | |
| *DEFENDANTS*. | § | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF TEXAS IN SUPPORT OF INTERVENOR-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This Court, having considered the Motion for Leave to File *Amicus Curiae* Brief of Texas in Support of Intervenor-Plaintiffs' Motion for Summary Judgment, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Brief of *Amicus Curiae* Texas is admitted into the record.

**IT IS SO ORDERED** on this ___ day of December, 2016.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE