IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMERICAN STEWARDS OF LIBERTY, *et al.*, | § § § |
| *Plaintiffs*, | § § |
| v. | §  CIVIL ACTION NO. 15-cv-1174-LY § § |
| DEPARTMENT OF THE INTERIOR, *et al.*, | § § § |
| *Defendants*. | § § § |

**JOINT STATUS REPORT**

Federal Defendants, Plaintiffs, and Plaintiff-Intervenors hereby submit the following joint status report pursuant to the Court's March 28, 2017, Order [ECF #96]:

1. Pursuant to the Court's Order, [ECF # 96], the Federal Defendants submitted the following to the Federal Register, that was published on May 4, 2017. 82 Fed. Reg. 20861 (May 4, 2017).

2. In light of Federal Defendants' completion of the requirements of the Court's Order, the Parties will submit a joint case management plan no later than May 22, 2017.

3. If the Parties are unable to agree on a joint case management plan, they will request a Status Conference with the Court.

Dated: May 8, 2017

                                                 Respectfully Submitted,

                                                 JEFFREY H. WOOD
                                                 Acting Assistant Attorney General
                                                 SETH M. BARSKY, Chief
                                                 MEREDITH L. FLAX, Assistant Chief

                                                 /s/ *Jeremy Hessler*
                                                 JEREMY HESSLER
                                                 Trial Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0431
Fax: (202) 305-0275 (fax)
Email: jeremy.hessler@usdoj.gov

Of Counsel:

FRANK LUPO
United States Department of the Interior
Office of the Solicitor
Southwest Regional Office

*Attorneys for Federal Defendants*



NOSSAMAN LLP

*/s/ with permission as stated on 5/8/17*
Paul S. Weiland (California Bar No. 237058)
*Admitted to Practice in USDC, W.D. Tex.*
pweiland@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:    949.833.7800
Facsimile:    949.833.7878

Alan M. Glen (Texas Bar No. 08250100)
aglen@nossaman.com
Brooke M. Wahlberg (Texas Bar No. 24055900)
bwahlberg@nossman.com
NOSSAMAN LLP
816 Congress Avenue, Suite 970
Austin, TX  78701
Telephone:    512.651.0660
Facsimile:    512.651.0770

*Attorneys for Plaintiffs*
*American Stewards of Liberty; Charles and Cheryl Shell;*

*Walter Sidney Shell Management Trust; Kathryn Heidemann; and Robert V. Harrison, Sr.*

*/s/ with permission as stated on 5/8/17*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
Texas Public Policy Foundation
Center for the American Future
901 Congress Avenue
Austin, TX 78701
Phone: 512-472-2700

CHAD ENNIS
Texas Bar No. 240045834
chad.ennis@bracewelllaw.com
KEVIN D. COLLINS
Texas Bar No. 24050438
kevin.collins@bracewelllaw.com
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Phone: 512-472-7800

*Attorneys for Intervenor-Plaintiffs John Yearwood and Williamson County, Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jeremy Hessler*

JEREMY HESSLER
California Bar No. 281462

3

                        U.S. Department of Justice
                        Environment and Natural Resources Division
                        Wildlife and Marine Resources Section
                        P.O. Box 7611
                        Washington, D.C. 20044-7611
                        Telephone: (202) 305-0204
                        Facsimile: (202) 305-0275