IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN STEWARDS OF LIBERTY, CHARLES SHELL, CHERYL SHELL, WALTER SIDNEY SHELL MANAGEMENT TRUST, KATHRYN HEIDEMANN, ROBERT V. HARRISON, SR.<br>　　　　PLAINTIFFS,<br><br>V.<br><br>DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, HONORABLE SALLY JEWELL, DANIEL M. ASHE, AND BENJAMIN N. TUGGLE,<br>　　　　DEFENDANTS. | § § § § § § § § § § § § § § § § | CAUSE NO. 1:15-CV-1174-LY |

FILED

17 JUN -5 PM 1:51

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　DEPUTY CLERK

## ORDER

**IT IS ORDERED** that this cause is set for a status conference on **Wednesday, July 12, 2017, at 9:30 a.m.** in Courtroom No. 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas. The parties are instructed to meet and confer to work out their scheduling differences before the conference. If they cannot resolve their differences, they shall file new proposals on or before July 7, 2017.

　　　　SIGNED this 5th of June, 2017.

　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE