IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 JUL 12 PM 3:48
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| AMERICAN STEWARDS OF LIBERTY, CHARLES SHELL, CHERYL SHELL, WALTER SIDNEY SHELL MANAGEMENT TRUST, KATHRYN HEIDEMANN, AND ROBERT V. HARRISON, SR., <br>    PLAINTIFFS, <br><br> V. <br><br> DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, HONORABLE SALLY JEWELL, DANIEL M. ASHE, AND BENJAMIN N. TUGGLE, <br>    DEFENDANTS. | § § § § § § § § § § § § § § § § § | CAUSE NO. 1:15-CV-1174-LY |

## ORDER

Before the court is the Center for Biological Diversity, Travis Audubon, and Defenders of Wildlife's Motion to Intervene as Defendants (Clerk's Doc. No. 72). On July 12, 2017, the court conducted a status conference in this cause. Having considered the motion and discussion at the conference,

**IT IS ORDERED** that the Center for Biological Diversity, Travis Audubon, and Defenders of Wildlife's Motion to Intervene as Defendants (Clerk's Doc. No. 72) is **GRANTED.**

SIGNED this 12th of July, 2017.

              LEE YEAKEL
              UNITED STATES DISTRICT JUDGE