IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 JUL 12 PM 3:48
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| AMERICAN STEWARDS OF LIBERTY, CHARLES SHELL, CHERYL SHELL, WALTER SIDNEY SHELL MANAGEMENT TRUST, KATHRYN HEIDEMANN, AND ROBERT V. HARRISON, SR.,<br>     PLAINTIFFS,<br><br>V.<br><br>DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, HONORABLE SALLY JEWELL, DANIEL M. ASHE, AND BENJAMIN N. TUGGLE,<br>     DEFENDANTS. | §§§§§§§§§§§§§§§§§<br><br>CAUSE NO. 1:15-CV-1174-LY |

## ORDER

Before the court is the above styled and numbered cause. On July 12, 2017, the court conducted a status conference in this cause. As a result of the discussion at the conference,

**IT IS ORDERED** that the parties shall submit an agreed proposed scheduling order **on or before July 28, 2017**, incorporating the issues discussed at the conference.

SIGNED this 12th of July, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE