IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN STEWARDS OF LIBERTY, CHARLES SHELL, CHERYL SHELL, WALTER SIDNEY SHELL MANAGEMENT TRUST, KATHRYN HEIDEMANN, ROBERT V. HARRISON, SR., JOHN YEARWOOD, AND WILLIAMSON COUNTY, TEXAS, <br>         PLAINTIFFS, <br><br> JOHN YEARWOOD AND WILLIAMSON COUNTY, TEXAS, <br>         PLAINTIFF-INTERVENORS, <br><br> V. <br><br> DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, SALLY JEWELL, DANIEL M. ASHE, BENJAMIN N. TUGGLE, CENTER FOR BIOLOGICAL DIVERSITY, TRAVIS AUDUBON, AND DEFENDERS OF WILDLIFE, <br>         DEFENDANTS, <br><br> CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, AND TRAVIS AUDUBON, <br>         DEFENDANT-INTERVENORS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:15-CV-1174-LY |

**<u>FINAL JUDGMENT</u>**

Before the court is the above-styled and numbered cause. On this date, the court rendered an order granting Plaintiffs American Stewards of Liberty, Charles Shell, Cheryl Shell, Walter Sidney Shell Management Trust, Kathryn Heidemann, Robert V. Harrison, Sr., John Yearwood, and Williamson County, Texas's motion for summary judgment in part; granting the Defendants Department of the Interior, United States Fish and Wildlife Service, Sally Jewell, Daniel M. Ashe, Benjamin N. Tuggle, Center For Biological Diversity, Travis Audubon, and

Defenders of Wildlife's motion for summary judgment in part; denying Defendant-Intervenors Center for Biological Diversity, Defenders of Wildlife, and Travis Audubon's motion for summary judgment; and granting Plaintiff-Intervenors John Yearwood, and Williamson County, Texas's motion for summary judgment in part. As nothing further remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the 2017 finding of the United States Fish and Wildlife Service, 82 Federal Register 20,861-02 (May 4, 2017) is vacated and remanded to the United States Fish and Wildlife Service for further consideration consistent with this judgment.

**IT IS FURTHER ORDERED** that Plaintiffs American Stewards of Liberty, Charles Shell, Cheryl Shell, Walter Sidney Shell Management Trust, Kathryn Heidemann, Robert V. Harrison, Sr., John Yearwood, and Williamson County, Texas, recover costs of court against Defendants Department of the Interior, United States Fish and Wildlife Service, Sally Jewell, Daniel M. Ashe, Benjamin N. Tuggle, Center For Biological Diversity, Travis Audubon, and Defenders of Wildlife and Defendant-Intervenors Center for Biological Diversity, Defenders of Wildlife, and Travis Audubon, jointly and severally.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 28th of March, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE