AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

AMERICAN STEWARDS OF
LIBERTY, et al.

v.

DEPARTMENT OF THE INTERIOR, et al.

)
)
)
)
)

Case No.: 1:15-cv-01174-LY

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/28/2019___ against Defendants and Defendant-Intervenors, jointly and severally ___,
                                                                         *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $           400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 97.65 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 497.65 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service                    [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   _s/ Paul S. Weiland_____

Name of Attorney: Paul S. Weiland_____

For: _____Plaintiffs AMERICAN STEWARDS OF  LIBERTY, et al._____   Date: ____04/09/2019____
                    *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
   *Clerk of Court*                         *Deputy Clerk*                         *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# United States District Court

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
 "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
 Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

 When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

 Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

*American Stewards of Liberty, et al. v. United States Fish Wildlife Service, et al.*
U.S.D.C., W.D. Texas, Case No. 1:15-cv-01174-LY

**ITEMIZATION OF COSTS FOR BILL OF COSTS**

| Date | Narrative | Cost Description | Amount |
|------|-----------|------------------|--------|
| 12/15/2015 | Plaintiffs' Complaint for Declaratory Judgment and Injuctive Relief | Filing Fee | $400.00 |
| | | **Total Fees of the Clerk:** | **$400.00** |
| 1/6/2016 | Service of Process of Summons and Complaint on Department of the Interior in Washington, DC (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.75 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on U.S. Fish and Wildlife Service in Washington, DC (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.75 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on Sally Jewell, United States Secretary of the Interior, in Washington, DC (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.75 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on Melissa Albright, Civil Process Clerk, Office of the U.S. Attorney for the Western District of Texas in San Antonio, TX (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $5.95 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on Dr. Benjamin Tuggle, Southwest Regional Director, U.S. Fish and Wildlife Service, in Albuquerque, NM (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.00 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on Daniel M. Ashe, Director, U.S. Fish and Wildlife Service, in Washington, DC (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.75 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| 1/6/2016 | Service of Process of Summons and Complaint on Attorney General of the United States, U.S. Department of Justice, in Washington, DC (per FRCP rule 4(i)) | Postage - Priority Mail 2nd-Day, U.S. Postal Service | $9.75 |
| | | Certified Mail | $3.45 |
| | | Return Receipt | $1.40 |
| | | **Total Fees for Service of Summons:** | **$97.65** |

| From: | TXW_USDC_Notice@txwd.uscourts.gov |
|---|---|
| Sent: | Tuesday, December 15, 2015 2:09 PM |
| To: | cmecf_notices@txwd.uscourts.gov |
| Subject: | Activity in Case 1:15-cv-01174 American Stewards of Liberty et al v. Department of the Interior et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court [LIVE]

## Western District of Texas

### Notice of Electronic Filing

The following transaction was entered by Glen, Alan on 12/15/2015 at 4:09 PM CST and filed on 12/15/2015

| **Case Name:** | American Stewards of Liberty et al v. Department of the Interior et al |
|---|---|
| **Case Number:** | 1:15-cv-01174 |
| **Filer:** | Robert V. Harrison, Sr |
| | Cheryl Shell |
| | Charles Shell |
| | American Stewards of Liberty |
| | Walter Sidney Shell Management Trust |
| | Kathryn Heidemann |

**Document Number:** 1

**Docket Text:**
**COMPLAINT ( Filing fee $ 400 receipt number 0542-8038734). No Summons requested at this time, filed by Robert V. Harrison, Sr, Cheryl Shell, Charles Shell, American Stewards of Liberty, Walter Sidney Shell Management Trust, Kathryn Heidemann. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit A - Delisting Petition, # (3) Exhibit B - 60-Day Notice of Intent to Sue)(Glen, Alan)**

**1:15-cv-01174 Notice has been electronically mailed to:**

Alan M. Glen      aglen@nossaman.com, mpatterson@nossaman.com

**1:15-cv-01174 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/15/2015] [FileNumber=15085877
-0] [60b2f0c266f82d7a3c00acf5e03d02a4d5bce45c5667622a1682176d489ae8a15
10667a50251f724c069655d0de1b6148add41a1a7bc926107d6638c43d70ec5]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/15/2015] [FileNumber=15085877
-1] [a11fd996e9ddb6bafdddfa30f8927deb98044794a2b35fdc2ff0224297d4e2d88
79d18e68e1b6e9ccb16bad6a920405c744f36d9daf01b7cb5c884b6407ab831]]
**Document description:**Exhibit A - Delisting Petition
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/15/2015] [FileNumber=15085877
-2] [730356c642ecfd2fc70f01aaa46ec3f6f2336b8e0dfda17716765170253dbd80c
4943e474635e9d4f6868db44d84a456ebc3ae4948f4593152e0157ae9a7d631]]
**Document description:**Exhibit B - 60-Day Notice of Intent to Sue
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/15/2015] [FileNumber=15085877
-3] [5239cefe0eafb80934b7dc425b7fc0222f5d744a5f5c73b4cc44fc84f833637d6
884eb791ca7d9f74bd7c051d17b0fc84383ea6543b3f0bc3df0f167bc90739b]]

**Patterson, Mandy**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, December 15, 2015 4:08 PM |
| **To:** | Patterson, Mandy |
| **Subject:** | Pay.gov Payment Confirmation: TXWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact James Thompson at 210-472-4955,  X2817.

Application Name: TXWD CM ECF
Pay.gov Tracking ID: 25OTQKEN
Agency Tracking ID: 0542-8038734
Transaction Type: Sale
Transaction Date: Dec 15, 2015 5:08:22 PM

Account Holder Name: Alan Glen
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************4001

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

```
==================================
        DOWNTOWN AUSTIN
     823 CONGRESS AVE STE 150
             AUSTIN
               TX
            787019998
           4804030130
01/06/2016    (800)275-8777   1:39 PM
==================================
==================================
Product              Sale      Final
Description           Qty      Price

PM 2-Day              1        $9.75
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:1 Lb 1.60 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995198)
Return               1        $1.40
Receipt (
elec)
PM 2-Day             1        $9.75
    (Domestic)
    (WASHINGTON, DC  20240)
    (Weight:1 Lb 1.50 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995181)
Return               1        $1.40
Receipt (
elec)
PM 2-Day             1        $9.75
    (Domestic)
    (WASHINGTON, DC  20240)
    (Weight:1 Lb 1.50 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995174)
Return               1        $1.40
Receipt (
elec)
PM 2-Day             1        $5.95
    (Domestic)
    (SAN ANTONIO, TX  78216)
    (Weight:1 Lb 1.50 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995136)
Return               1        $1.40
Receipt (
elec)
PM 2-Day             1        $9.00
    (Domestic)
    (ALBUQUERQUE, NM  87102)
    (Weight:1 Lb 1.50 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995143)
Return               1        $1.40
Receipt (
elec)
PM 2-Day             1        $9.75
    (Domestic)
    (WASHINGTON, DC  20240)
    (Weight:1 Lb 1.60 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995150)
Return               1        $1.40
Receipt (
elec)
Total                        $83.05

Debit Card Remit'd           $83.05
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXX8957)
    (Approval #:043914)
    (Transaction #:868)
    (Receipt #:001967)
    (Debit Card Purchase:$83.05)
    (Cash Back:$0.00)
```

```
==================================
        DOWNTOWN AUSTIN
     823 CONGRESS AVE STE 150
             AUSTIN
               TX
            787019998
           4804030130
01/06/2016    (800)275-8777   1:41 PM
==================================
==================================
Product              Sale      Final
Description           Qty      Price

PM 2-Day             1        $9.75
    (Domestic)
    (WASHINGTON, DC  20240)
    (Weight:1 Lb 1.60 Oz)
    (Expected Delivery Day)
    (Saturday 01/09/2016)
Certified            1        $3.45
    (USPS Certified Mail #)
    (70151520000246995167)
Return               1        $1.40
Receipt (
elec)

Total                        $14.60

Credit Card Remit'd          $14.60
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX3657)
    (Approval #:005197)
    (Transaction #:955)

*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


IMPORTANT: For Return Receipt
(Electronic), wait one day, go to
USPS.com; select Track & Confirm;
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Henneke
Chance D. Weldon
TEXAS PUBLIC POLICY FOUNDATION
Center for the American Future
901 Congress Avenue
Austin, TX 78701
Tel:    512.472.2700
Fax:    512.472.2728
Email: rhenneke@texaspolicy.com
          cweldon@texaspolicy.com
*Attorneys for Intervenor-Plaintiffs*

Chad Ennis
Kevin D. Collins
David Springer
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Tel:    512.473.7800
Fax:    800.404.3970
Email: chad.ennis@bracewelllaw.com
          kevin.collins@bracewelllaw.com
          david.springer@bracewell.com
*Attorneys for Intervenor-Plaintiffs*

Lesley Lawrence-Hammer
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, Suite 370
Denver, CO 80202
Tel:    303.844.1368
Fax:    303.844.1350
Email: lesley.lawrence-hammer@usdoj.gov
*Attorneys for Federal Defendants*

Charles W. Irvine
IRVINE & CONNER
4709 Austin
Houston, Texas 77004
Tel:    713.533.1704
Email: charles@irvineconner.com
*Attorneys for Intervenor-Defendants*

Jared M. Margolis
CENTER FOR BIOLOGICAL DIVERSITY
2852 Williamette Street #171
Eugene, OR 97405
Tel:    802.310.4054
Email: jmargolis@biologicaldiversity.org
*Attorneys for Intervenor-Defendants*

Jason C. Rylander
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Tel:    202.682.9400
Fax:    202.682.1331
Email: jrylander@defenders.org
*Attorneys for Intervenor-Defendants*

Ryan A. Shannon
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211-0374
Tel:     214.476.8755
Email: rshannon@biologicaldiversity.org
*Attorneys for Intervenor-Defendants*

Cody J. Wisniewski
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Tel:     303.292.2021
Fax:     303.292.1980
Email: cody@mountainstateslegal.com
*Attorneys for Amicus Curiae Mountain States
Legal Foundation*

David F. Barton
GARDNER LAW FIRM
745 East Mulberry Avenue, Suite 500
San Antonio, TX 78212
Tel:     210.733.8191
Fax:     210.733.5538
Email: dbarton@gardnertx.com
*Attorneys for Amicus Curiae Mountain States
Legal Foundation*

Michael C. Toth
OFFICE OF THE TEXAS ATTORNEY
GENERAL
209 W. 14th St., 8th Floor
Austin, TX 78701
Tel:     512.936.0631
Email: michael.toth@oag.texas.gov
*Attorneys for Amicus Curiae State of Texas*

David J. Hacker
Office of Special Litigation
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Mail Code 009
Austin, TX  78711-2548
Tel:     512.936.1414
Email: david.hacker@oag.texas.gov
*Attorneys for Amicus Curiae State of Texas*

_/s/ Paul S. Weiland_
Paul S. Weiland